October 30, 2009

Mr. Frederick D. Junkin
Andrews & Kurth, L.L.P.
600 Travis, Suite 4200
Houston, TX 77002
Mr. Philip E. McCleery
Sheehy Lovelace & Mayfield, P.C.
510 N. Valley Mills Dr., Suite 500
Waco, TX 76710

RE: Case Number: 08-0413
 Court of Appeals Number: 10-05-00382-CV
 Trial Court Number: 799,234

Style: CITY OF HOUSTON, TEXAS
 v.
 TRAIL ENTERPRISES, INC. D/B/A WILSON OIL COMPANY, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas issued a per curiam opinion in the
above-referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Beverly |
| |Kaufman |
| |Ms. Sharri |
| |Roessler |
| |Mr. Scott N. |
| |Houston |